UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

CYNTHIA McGRATH, etc.,

                Plaintiff,

                                                  07 CIVIL 11279 (SCR)

-against-

DOMINICAN COLLEGE OF BLAUVELT, NEW YORK, et al.,

                Defendant.
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Andrew L. Morrison

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: AM-1071

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: Reed Smith LLP

    To: Kirkpatrick & Lockhart Preston Gates Ellis LLP

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* 599 Lexington Avenue, New York, New York 10022

☒ *Telephone Number:* 212-536-3900

☒ *Fax Number:* 212-536-3901

☒ *E-Mail Address:* andrew.morrison@klgates.com

Dated: 1/2/08