℀AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

CYNTHIA McGRATH, INDIVIDUALLY AND AS
ADMINISTRATRIX AD PROSEQUENDUM OF THE
ESTATE OF MEGAN WRIGHT, Plaintiff,

V.

DOMINICAN COLLEGE OF BLAUVELT, NEW YORK,
SISTER MARY EILEEN O'BRIEN, INDIVIDUALLY
AND AS PRESIDENT OF DOMINICAN COLLEGE,
JOHN LENNON, INDIVIDUALLY AND AS DIRECTOR
OF SECURITY OF DOMINICAN COLLEGE, JOHN PRESCOTT,
INDIVIDUALLY AND AS DEAN OF STUDENTS OF DOMINICAN
COLLEGE, CARLYLE HICKS, INDIVIDUALLY AND AS DIRECTOR
OF RESIDENT LIFE OF DOMINICAN COLLEGE, RICHARD FEGINS, JR.,
KENNETH A. THORNE, JR., ISAIAH LYNCH, and TERRELL E. HILL,

Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**'07 CIV 11279**

*JUDGE ROBINSON*

TO: (Name and address of Defendant)
KENNETH A. THORNE, JR.
34 HASTING LANE
WILLINGBORO, NEW JERSEY 08046-1215

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ANDREW L. MORRISON. ESQ.
SARAH KENNEY, ESQ.
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
599 LEXINGTON AVENUE
NEW YORK, NEW YORK  10022-6030
(212) 536-3900

an answer to the complaint which is served on you with this summons, within ____20____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(By) DEPUTY CLERK

DEC 1 4 2007

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | Dec 20, 2007  8:45 Am |
| NAME OF SERVER (PRINT) | TITLE |
| Robert E. Booth | |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 34 Hastings Lane, Willingboro, NJ. Male Black 20-25 years 5'9" Tall 185 Pounds, Dark Skin, Short Black Hair, Muscular Build

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/20/07
Date

_Robert E. Booth_
Signature of Server

329 Middle Country Rd Suite 6
Smithtown NY 11787
Address of Server

J. MICHAEL McMAHON

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.