⁂AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

CYNTHIA McGRATH, INDIVIDUALLY AND AS ADMINISTRATRIX AD PROSEQUENDUM OF THE ESTATE OF MEGAN WRIGHT,
                                   Plaintiff,

V.

DOMINICAN COLLEGE OF BLAUVELT, NEW YORK, SISTER MARY EILEEN O'BRIEN, INDIVIDUALLY AND AS PRESIDENT OF DOMINICAN COLLEGE, JOHN LENNON, INDIVIDUALLY AND AS DIRECTOR OF SECURITY OF DOMINICAN COLLEGE, JOHN PRESCOTT, INDIVIDUALLY AND AS DEAN OF STUDENTS OF DOMINICAN COLLEGE, CARLYLE HICKS, INDIVIDUALLY AND AS DIRECTOR OF RESIDENT LIFE OF DOMINICAN COLLEGE, RICHARD FEGINS, JR., KENNETH A. THORNE, JR., ISAIAH LYNCH, and TERRELL E. HILL,
                                   Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV 11279

JUDGE ROBINSON

TO: (Name and address of Defendant)

Isaiah Lynch
811 Hussa St.
Linden, NJ 07036-2306

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ANDREW L. MORRISON, ESQ.
SARAH KENNEY, ESQ.
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
599 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022-6030
(212) 536-3900

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

DEC 14 2007

CLERK

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

Service of the Summons and complaint was made by me  
DATE: DECEMBER 20, 2017 AT 12:25 PM

NAME OF SERVER (PRINT): KENNETH LYNCH  
TITLE: PRIVATE INVESTIGATOR

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: RAMAPO COLLEGE OF NEW JERSEY, BRADLEY RECREATION CENTER, 505 RAMAPO VALLEY ROAD, MAHWAH, N.J. 07430

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): DEFENDANT IS DESCRIBED AS A LIGHT SKINNED BLACK MALE. HEIGHT: 6'4". WEIGHT: 210. AGE: 22. HE WAS WEARING RAMAPO COLLEGE BASKETBALL JERSEY #31.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/20/07

Signature of Server

Address of Server: 329 MIDDLE COUNTRY ROAD, SMITHTOWN, NY 11787

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.