UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CYNTHIA McGRATH, INDIVIDUALLY AND AS
ADMINISTRATRIX AD PROSEQUENDUM OF THE
ESTATE OF MEGAN WRIGHT,

Civil Case No.: 07 Civ. 11279 (SCR)

Plaintiff,

-against-

**STIPULATION AND ORDER**

DOMINICAN COLLEGE OF BLAUVELT,
NEW YORK, SISTER MARY EILEEN O'BRIEN,
INDIVIDUALLY AND AS PRESIDENT OF
DOMINICAN COLLEGE, JOHN LENNON,
INDIVIDUALLY AND AS DIRECTOR OF
SECURITY OF DOMINICAN COLLEGE, JOHN
PRESCOTT, INDIVIDUALLY AND AS DEAN OF
STUDENTS OF DOMINICAN COLLEGE, CARLYLE
HICKS, INDIVIDUALLY AND AS DIRECTOR OF
RESIDENT LIFE OF DOMINICAN COLLEGE,
RICHARD FEGINS, JR., KENNETH A. THORNE, JR.,
ISAIAH LYNCH, and TERRELL E. HILL,

ECF Case

Defendants.
------------------------------------------------------------X

IT IS HEREBY STIUPLATED AND AGREED, by and between counsel for Plaintiff Cynthia McGrath, individually and as the Administratrix Ad Prosequendum of the Estate of Megan Wright, and counsel for Defendant Richard Fegins Jr. as follows:

(1) The defendant, Richard Fegins Jr., through counsel, waives any jurisdictional defenses relating to service of the Summons and Complaint.

(2) The response(s) of Richard Fegins Jr. to the Complaint in this action shall be due on or before January 31, 2008.

Dated: January 8, 2008



| KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP | SAMIMI & MURPHY, ESQS. |
|---|---|
| */s/ Sarah P. Kenney/* | */s/ Kenneth J. Murphy/* |
| Andrew L. Morrison (AM-1071) | Kenneth J. Murphy |
| Sarah P. Kenney (SK 5642) | Samimi & Murphy |
| 599 Lexington Avenue | 616 S. Main Street |
| New York, New York 10022 | New City, NY 10956 |
| (212) 536-3900 | (845) 639-1320 |
| Attorneys for Plaintiff Cynthia McGrath, individually and as the Administratrix Ad Prosequendum of the Estate of Megan Wright | Attorney for Defendant Richard Fegins Jr. |

SO ORDERED

*/s/ Stephen C. Robinson/*
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
1/15/08