Andrew L. Morrison (AM-1071)
Sarah P. Kenney (SK-5642)
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
212-536-3900

Attorneys for Plaintiff
Cynthia McGrath, individually and as
Administratrix Ad Prosequendum of the Estate
of Megan Wright

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

| | |
|---|---|
| CYNTHIA McGRATH, INDIVIDUALLY AND AS ADMINISTRATRIX AD PROSEQUENDUM OF THE ESTATE OF MEGAN WRIGHT, <br><br> Plaintiff, <br><br> - against - <br><br> DOMINICAN COLLEGE OF BLAUVELT, NEW YORK, SISTER MARY EILEEN O'BRIEN, INDIVIDUALLY AND AS PRESIDENT OF DOMINICAN COLLEGE, JOHN LENNON, INDIVIDUALLY AND AS DIRECTOR OF SECURITY OF DOMINICAN COLLEGE, JOHN PRESCOTT, INDIVIDUALLY AND AS DEAN OF STUDENTS OF DOMINICAN COLLEGE, CARLYLE HICKS, INDIVIDUALLY AND AS DIRECTOR OF RESIDENT LIFE OF DOMINICAN COLLEGE, RICHARD FEGINS, JR., KENNETH A. THORNE, JR., ISAIAH LYNCH, and TERRELL E. HILL, <br><br> Defendants. | Civil Case No.: 07 Civ. 11279 (SCR) <br><br><br><br><br><br> **STIPULATION AND ORDER** <br><br> ECF Case |

----------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff Cynthia McGrath, individually and as the Administratrix Ad Prosequendum of the Estate of Megan Wright, and counsel for Defendants Dominican College of Blauvelt, New York

("Dominican College"), Sister Mary Eileen O'Brien, John Lennon, John Prescott and Carlyle Hicks (collectively the "Dominican College Defendants"), as follows:

(1) The undersigned counsel for the Dominican College Defendants is authorized to and hereby appears and acknowledges receipt and acceptance of service of the Summonses and Complaint upon the respective Dominican College Defendants in this action;

(2) This Stipulation shall constitute valid proof of proper service of the respective Summonses and Complaint upon each of the Dominican College Defendants pursuant to CPLR § 306(e) and Fed. R. Civ. P. 4(e)(1) and (4)(l); and

(3) The response(s) of the Dominican College Defendants to the Complaint in this action shall be due on or before January 31, 2008.

Dated: December 20, 2007

| **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP** | **BIEDERMANN, REIF, HOENIG & RUFF, P.C.** |
|---|---|
| *[signature]* | *[signature]* |
| Andrew L. Morrison (AM-1071) | Philip C. Semprevivo, Jr. (PS-1526) |
| Sarah P. Kenney (SK 5642) | Biedermann, Reif, Hoenig & Ruff, P.C. |
| 599 Lexington Avenue | 570 Lexington Avenue |
| New York, New York 10022 | New York, New York 10022 |
| (212) 536-3900 | (212) 697-6555 |
| Attorneys for Plaintiff Cynthia McGrath, individually and as the Administratrix Ad Prosequendum of the Estate of Megan Wright | Attorneys for Defendants Dominican College, Sister Mary Eileen O'Brien, John Lennon, John Prescott and Carlyle Hicks |

SO ORDERED:

*[signature]*

Stephen C. Robinson, U.S. District Judge
1/15/08

- 2 -