UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CYNTHIA McGRATH, INDIVIDUALLY AND AS
ADMINISTRATRIX AD PROSEQUENDUM OF THE
ESTATE OF MEGAN WRIGHT,

                        Plaintiff,                        **Stipulation**

           -v.-                                  07 CV 11279 (SCR)

DOMINICAN COLLEGE OF BLAUVELT, NEW YORK,
SISTER MARY EILEEN O'BRIEN, INDIVIDUALLY
AND AS PRESIDENT OF DOMINICAN COLLEGE,
JOHN LENNON, INDIVIDUALLY AND AS DIRECTOR
OF SECURITY OF DOMINICAN COLLEGE,
JOHN PRESCOTT, INDIVIDUALLY AND AS DEAN OF
STUDENTS OF DOMINICAN COLLEGE,
CARLYLE HICKS, INDIVIDUALLY AND AS DIRECTOR
OF RESIDENT LIFE OF DOMINICAN COLLEGE,
RICHARD FEGINS, JR., KENNETH A. THORNE, JR.,
ISAIAH LYNCH, and TERRELL E. HILL,

                        Defendants.
-----------------------------------------------------------------x

The Plaintiff, Cynthia McGrath, individually and as Administratrix ad prosequendum of the estate of Megan Wright by her attorneys, Kirkpatrick & Lockhart Preston Gates Ellis LLP and the defendant Kenneth Thorne, Jr., by his attorneys, Green & Willstatter, hereby stipulate and agree that the time to answer or otherwise move against the complaint in the above-captioned case is extended through January 31, 2008. Kenneth Thorne, Jr. hereby acknowledges he was properly served with copies of the Summons and Complaint in this action.

Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, New York 10022
(212) 536-3900
By: _____
     Sarah P. Kenney (SK 5642)

Green & Willstatter
200 Mamaroneck Ave., Suite 605
White Plains, New York 10601
(914) 948-5656
By: _____
     Richard D. Willstatter (RW5063)

So ordered:

_____
Hon. Stephen C. Robinson, USDJ

Date: Jan 15, 2008
White Plains, NY