**TERRY RICE**
VILLAGE ATTORNEY
VILLAGE OF SUFFERN
61 WASHINGTON AVENUE
SUFFERN, NEW YORK 10901
(845) 357-2600
Fax: (845) 357-0645

January 15, 2008
Via Fax (914) 390-4179

Hon. Stephen C. Robinson
United States District Court
300 Quarropas Street
Room 633
White Plains, New York 10601-4150

    Re: **U.S. v. Village of Suffern**
        **05 CV 10759 (SCR)(GAY)**

Dear Judge Robinson:

    I represent the Village of Suffern in the above matter. We are presently filing the Village's reply memorandum of law in support of its motion for summary judgment. We request that the Court accept the 18-page reply memorandum which exceeds the Court's Individual Rule of 10-pages for reply memorandum of law. Thank you for your consideration.

                                  Very truly yours,

                                    Terry Rice

cc: R. Yankwitt (212) 637-2686
    P. Savad (845) 624-3821
    R. Storzer (202) 315-3996

**APPLICATION GRANTED**
1/16/08

HON. STEPHEN C. ROBINSION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____