UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CYNTHIA MCGRATH, Individually and as :
Administratrix ad Prosequendum of the Estate of
MEGAN WRIGHT,
:

                      Plaintiff,    :

   -against-    :

DOMINICAN COLLEGE OF BLAUVELT, NEW :
YORK, SISTER MARY EILEEN O'BRIEN,
Individually and as President of Dominican College,:
JOHN LENNON, Individually and as Director of
Security of Dominican College, JOHN PRESCOTT,:
Individually and as Dean of Students of Dominican
College, CARLYSLE HICKS, Individually and as :
Director of Resident Life of Dominican College,
RICHARD FEGINS, JR., KENNETH A. THORNE,:
JR., ISAIAH LYNCH, and TERRELL E. HILL,
:
                    Defendants.
                                            :

Civil Case No.: 07-cv-11279

---

**PLEASE TAKE NOTICE THAT** Phillip C. Semprevivo, Jr., a member of the law firm of Biedermann, Reif, Hoenig & Ruff, P.C., and, Peter W. Beadle, an associate in the firm appear as counsel of record for defendants DOMINICAN COLLEGE OF BLAUVELT, NEW YORK, SISTER MARY EILEEN O'BRIEN, Individually and as President of Dominican College, JOHN LENNON, Individually and as Director of Security of Dominican College, JOHN PRESCOTT, Individually and as Dean of Students of DominicanCollege, CARLYSLE HICKS, Individually and as Director of Resident Life of Dominican College in the above-captioned action and requests that copies of any and all pleadings, or other documents filed or entered in this case, be given and served at the address set forth below.

NOTICE OF APPEARANCE
MCGRATH V. DOMINICAN COLLEGE, 07-CV-11279
PAGE 2 OF 2

Dated: New York, New York
January 24, 2008

        BIEDERMANN, REIF, HOENIG & RUFF, P.C.

BY: _____
    Phillip C. Semprevivo (PS-1526)
    Psemprevivo@brhr.com

BY: _____
    Peter W. Beadle (PB-5045)
    Pbeadle@brhr.com

*Attorneys for DOMINICAN COLLEGE OF BLAUVELT, NEW YORK, SISTER MARY EILEEN O'BRIEN, Individually and as President of Dominican College, JOHN LENNON, Individually and as Director of Security of Dominican College, JOHN PRESCOTT, Individually and as Dean of Students of Dominican College, CARLYSLE HICKS, Individually and as Director of Resident Life of Dominican College*

570 Lexington Avenue, 16th Floor
New York, New York 10022
(212) 697-6555 Phone

CC:    Andrew L. Morrison (AM-1071)
        Sarah P. Kenney (SK-5642)
        Kirkpatrick & Lockhart
        Preston Gates Ellis LLP
        599 Lexington Avenue
        New York, New York 10022
        (212)-536-3900

        *Attorneys for Plaintiff*