UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CYNTHIA MCGRATH, Individually and as
Administratrix ad Prosequendum of the Estate of
MEGAN WRIGHT,

                      Plaintiff,

-against-

DOMINICAN COLLEGE OF BLAUVELT, NEW YORK, SISTER MARY EILEEN O'BRIEN, Individually and as President of Dominican College, JOHN LENNON, Individually and as Director of Security of Dominican College, JOHN PRESCOTT, Individually and as Dean of Students of Dominican College, CARLYSLE HICKS, Individually and as Director of Resident Life of Dominican College, RICHARD FEGINS, JR., KENNETH A. THORNE, JR., ISAIAH LYNCH, and TERRELL E. HILL,

                      Defendants.

CIVIL CASE NO.: 07-CV-11279

**AMENDED NOTICE OF MOTION TO DISMISS**

---

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, dated January 29, 2008, and the Declaration of Peter W. Beadle, Esq., dated January 29, 2008, defendants Dominican College of Blauvelt, Sister Mary Eileen O'Brien, John Lennon, John Prescott and Carlyle Hicks will make a motion, before the Honorable Stephen C. Robinson, United States District Judge, the United States Courthouse, 300 Quarropas Street, Room 633, White Plains, NY 10601, for an order, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), dismissing the first, fifth, sixth and seventh causes of action in the Complaint, and granting such other and further relief as the Court deems just and proper.

NOTICE OF MOTION TO DISMISS
MCGRATH V. DOMINICAN COLLEGE, 07-CV-11279
PAGE 2 OF 2

Dated: New York, New York
January 29, 2008

BIEDERMANN, REIF, HOENIG & RUFF, P.C.

Peter W. Beadle (PB 5045)
pbeadle@brhr.com

*Attorneys for Dominican College of Blauvelt, New York, Sister Mary Eileen O'Brien, John Lennon, John Prescott, and Carlysle Hicks*
570 Lexington Avenue, 16th Floor
New York, New York 10022
www.brhr.com
(212) 697-6555

TO: Andrew L. Morrison (AM-1071)
Sarah P. Kenney (SK-5642)
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
599 Lexington Avenue
New York, New York 10022
(212)-536-3900

*Attorneys for Plaintiff*