Andrew L. Morrison (AM-1071)
Sarah P. Kenney (SK-5642)
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
212-521-5400

Attorneys for Plaintiff
Cynthia McGrath, individually and as
Administratrix Ad Prosequendum of the Estate
of Megan Wright

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| CYNTHIA McGRATH, INDIVIDUALLY AND AS ADMINISTRATRIX AD PROSEQUENDUM OF THE ESTATE OF MEGAN WRIGHT,<br><br>Plaintiff,<br><br>- against -<br><br>DOMINICAN COLLEGE OF BLAUVELT, NEW YORK, SISTER MARY EILEEN O'BRIEN, INDIVIDUALLY AND AS PRESIDENT OF DOMINICAN COLLEGE, JOHN LENNON, INDIVIDUALLY AND AS DIRECTOR OF SECURITY OF DOMINICAN COLLEGE, JOHN PRESCOTT, INDIVIDUALLY AND AS DEAN OF STUDENTS OF DOMINICAN COLLEGE, CARLYLE HICKS, INDIVIDUALLY AND AS DIRECTOR OF RESIDENT LIFE OF DOMINICAN COLLEGE, RICHARD FEGINS, JR., KENNETH A. THORNE, JR., ISAIAH LYNCH, and TERRELL E. HILL,<br><br>Defendants. | 07 Civ. 11279 (SCR)(GAY)<br><br><br><br><br><br>CERTIFICATE<br>OF SERVICE |

-------------------------------------------------------------------X

    I, Andrew L. Morrison, hereby certify that on January 30, 2008, I caused the Notice of Change of Address to be served by first class mail, postage prepaid, addressed as follows:

NY-579769 v1

Philip C. Semprevivo, Jr., Esq.
Biedermann, Reif, Hoenig & Ruff
570 Lexington Avenue
New York, New York  10022
Attorneys for Defendants Dominican College of Blauvelt,
  New York, Sister Mary Ellen O'Brien, John Lennon,
  John Prescott and Carlyle Hicks

Kenneth J. Murphy, Esq.
Samimi & Murphy
616 South Main Street
New City, New York  10956
Attorneys for Defendant Richard Fegins

Richard Willstatter, Esq.
Green & Willistatter
200 Mamaroneck Avenue
Suite 605
White Plains, New York  10601
Attorneys for Defendant Kenneth Thorne, Jr.

Karen Campbell, Esq.
Alan Kaminsky, Esq.
Lewis Brisbois Bisgaard & Smith LLP
199 Water Street
Suite 2500
New York, New York  10038
Attorneys for Defendant Isaiah Lynch

Terrell Hill
32 Halgren Cres.
Haverstraw, New York 10927-1032
Defendant

_____
Andrew L. Morrison