02/16/2008  05:36   8456398069                    SAMIMI MURPHY                        PAGE  02

Robinson, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

CYNTHIA McGRATH, INDIVIDUALLY, AND AS         :    Civil Case No. 07 CIV 11279
ADMINISTRATRIX AD PROSEQUENDUM OF THE              (SCR) (GAY)
ESTATE OF MEGAN K. WRIGHT, DECEASED, AND       :
AS GENERAL ADMINISTRATRIX OF THE ESTATE
OF MEGAN K. WRIGHT, DECEASED,                   :

                    Plaintiff,                   :

                                                      **STIPULATION AND**
      - against –                               :     **ORDER**

                                                :
DOMINICAN COLLEGE OF BLAUVELT,
NEW YORK, SISTER MARY EILEEN O'BRIEN,           :     (ECF case)
INDIVIDUALLY AND AS PRESIDENT OF
DOMINICAN COLLEGE, JOHN LENNON,
INDIVIDUALLY AND AS DIRECTOR OF                 :
SECURITY OF DOMINICAN COLLEGE, JOHN
PRESCOTT, INDIVIDUALLY AND AS DEAN OF           :
STUDENTS OF DOMINICAN COLLEGE, CARLYLE
HICKS, INDIVIDUALLY AND AS DIRECTOR OF          :
RESIDENT LIFE OF DOMINICAN COLLEGE,
RICHARD FEGINS, JR., KENNETH A. THORNE, JR.,    :
ISAIAH LYNCH, and TERRELL E. HILL,
                                                :
                    Defendants.
                                                :
--------------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between counsel for

Plaintiff Cynthia McGrath, Individually, and as Administratrix Ad Prosequendum of the

Estate of Megan K. Wright, Deceased, and as General Administratrix of the Estate

of Megan K. Wright, Deceased, and counsel for Defendant Richard Fegins, Jr. that,

pursuant to Rule 15(n)(2) of the Federal Rules of Civil Procedure, Plaintiff's Amended

Complaint filed January 29, 2008 is accepted by Richard Fegins, Jr. and this pleading

supersedes the original complaint filed in this action. Nothing contained herein shall be

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

deemed an admission of the allegations contained therein or an acknowledgment of the

merits of the allegations contained therein. As such, A Fegins Jr. is not required to amend his answer as admitted and filed. A Fegins Jr. shall be deemed to have denied all amended allegations or deemed to deny having knowledge and information sufficient to form a response to the amended allegations set forth.

Dated: January 31, 2008

KIRKPATRICK & LOCKHART                     SAMIMI & MURPHY, ESQS.
PRESTON GATES ELLIS LLP

_____                    _____
Andrew L. Morrison (AM-1071)                Kenneth J. Murphy
Sarah P. Kenney (SK 5642)                   Samimi & Murphy
599 Lexington Avenue                        616 S. Main Street
New York, New York 10022                    New City, NY 10956
(212) 536-3900                              (845) 639-1320
Attorneys for Plaintiff Cynthia McGrath,    Attorney for Defendant
Individually, and as Administratrix         Richard Fegins, Jr.
Ad Prosequendum of the Estate of
Megan K. Wright, Deceased, and as
General Administratrix of the Estate
of Megan K. Wright, Deceased


SO ORDERED:

_____
Stephen C. Robinson, U.S. District Judge
2/7/08