UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CYNTHIA MCGRATH, Individually and as
Administratrix ad Prosequendum of the Estate of
MEGAN WRIGHT,

                   Plaintiff,

   -against-

DOMINICAN COLLEGE OF BLAUVELT, NEW
YORK, SISTER MARY EILEEN O'BRIEN,
Individually and as President of Dominican College,
JOHN LENNON, Individually and as Director of
Security of Dominican College, JOHN PRESCOTT,
Individually and as Dean of Students of Dominican
College, CARLYSLE HICKS, Individually and as
Director of Resident Life of Dominican College,
RICHARD FEGINS, JR., KENNETH A. THORNE,
JR., ISAIAH LYNCH, and TERRELL E. HILL,

                   Defendants.

---

CIVIL CASE NO.: 07-CV-11279

**NOTICE OF MOTION
TO DISMISS**

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, dated February 8, 2008, and the Declaration of Peter W. Beadle, Esq., dated February 8, 2008, defendants Dominican College of Blauvelt, Sister Mary Eileen O'Brien, John Lennon, John Prescott and Carlyle Hicks will make a motion, before the Honorable Stephen C. Robinson, United States District Judge, the United States Courthouse, 300 Quarropas Street, Room 633, White Plains, NY 10601, for an order, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), dismissing the first, fifth, sixth and seventh causes of action in the Amended Complaint, and granting such other and further relief as the Court deems just and proper.

NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT
MCGRATH V. DOMINICAN COLLEGE, 07-CV-11279
PAGE 2 OF 2

Dated: New York, New York
      February 8, 2008

                                          BIEDERMANN, REIF, HOENIG & RUFF, P.C.

                                          Peter W. Beadle (PB 5045)
                                          pbeadle@brhr.com

                                          *Attorneys for Dominican College of*
                                          *Blauvelt, New York, Sister Mary Eileen*
                                          *O'Brien, John Lennon, John Prescott, and*
                                          *Carlysle Hicks*
                                          570 Lexington Avenue, 16th Floor
                                          New York, New York 10022
                                          www.brhr.com
                                          (212) 697-6555

TO:    Andrew L. Morrison (AM-1071)
           Sarah P. Kenney (SK-5642)
           Kirkpatrick & Lockhart
           Preston Gates Ellis LLP
           599 Lexington Avenue
           New York, New York 10022
           (212)-536-3900

           *Attorneys for Plaintiff*