UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CYNTHIA MCGRATH, Individually and as
Administratrix ad Prosequendum of the Estate of
MEGAN WRIGHT,

     Plaintiff,

 -against-

DOMINICAN COLLEGE OF BLAUVELT, NEW
YORK, SISTER MARY EILEEN O'BRIEN,
Individually and as President of Dominican College,
JOHN LENNON, Individually and as Director of
Security of Dominican College, JOHN PRESCOTT,
Individually and as Dean of Students of Dominican
College, CARLYSLE HICKS, Individually and as
Director of Resident Life of Dominican College,
RICHARD FEGINS, JR., KENNETH A. THORNE,
JR., ISAIAH LYNCH, and TERRELL E. HILL,

     Defendants.

CIVIL CASE NO.: 07-CV-11279

**NOTICE OF WITHDRAWAL
OF MOTION TO DISMISSS**

---

  **PLEASE TAKE NOTICE** that, defendants Dominican College, Sister Mary Eileen O'Brien, John Lennon, John Prescott and Carlyle Hicks hereby withdraw their motion, filed on January 29, 2008 for an order, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), dismissing the first, fifth, sixth and seventh causes of action in the Complaint.

Dated: New York, New York
   February 8, 2008

               BIEDERMANN, REIF, HOENIG & RUFF, P.C.

               Peter W. Beadle (PB 5045)
               pbeadle@brhr.com

               *Attorneys for Dominican College of
               Blauvelt, New York, Sister Mary Eileen
               O'Brien, John Lennon, John Prescott, and
               Carlysle Hicks*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED:

NOTICE OF WITHDRAWAL OF MOTION TO DISMISS COMPLAINT
MCGRATH V. DOMINICAN COLLEGE, 07-CV-11279
PAGE 2 OF 2

                570 Lexington Avenue, 16th Floor
                New York, New York 10022
                www.brhr.com
                (212) 697-6555

TO:   Andrew L. Morrison (AM-1071)
       Sarah P. Kenney (SK-5642)
       Kirkpatrick & Lockhart
       Preston Gates Ellis LLP
       599 Lexington Avenue
       New York, New York 10022
       (212)-536-3900

       *Attorneys for Plaintiff*

February 29, 2008
White Plains, NY

So Ordered:

_____
USDJ