UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

CYNTHIA McGRATH, INDIVIDUALLY, AND AS          :
ADMINISTRATRIX AD PROSEQUENDUM OF THE
ESTATE OF MEGAN K. WRIGHT, DECEASED, AND       :
AS GENERAL ADMINISTRATRIX OF THE ESTATE
OF MEGAN K. WRIGHT, DECEASED,                  :          07cv11279 (SCR)

               Plaintiff,      :

                           :          **ORDER FOR ADMISSION**
     - against –                              **PRO HAC VICE**
                           :          **ON WRITTEN MOTION**

DOMINICAN COLLEGE OF BLAUVELT,                 :
NEW YORK, SISTER MARY EILEEN O'BRIEN,
INDIVIDUALLY AND AS PRESIDENT OF               :
DOMINICAN COLLEGE, JOHN LENNON,
INDIVIDUALLY AND AS DIRECTOR OF                :
SECURITY OF DOMINICAN COLLEGE, JOHN
PRESCOTT, INDIVIDUALLY AND AS DEAN OF          :
STUDENTS OF DOMINICAN COLLEGE, CARLYLE
HICKS, INDIVIDUALLY AND AS DIRECTOR OF         :
RESIDENT LIFE OF DOMINICAN COLLEGE,
RICHARD FEGINS, JR., KENNETH A. THORNE, JR.,   :
ISAIAH LYNCH, and TERRELL E. HILL,

              Defendants.      :

-------------------------------------------------------------------------X

     Upon the motion of Andrew L. Morrison, attorney for Plaintiff and said sponsor

attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

       Applicant's Name:     Nathan Goldberg

       Firm Name:          Allred, Maroko & Goldberg

       Address:             6300 Wilshire Blvd., Suite 1500

       City/State/Zip:      Los Angeles, CA 90048

       Telephone:          (323) 653-6530

       Fax:                (323) 653-1660

       Email Address:      NGoldberg@amglaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the

United States District Court for the Southern District of New York. All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall

forward the pro hac vice fee to the Clerk of Court.


Dated:
City/State:

Dated: April 17, 2008
White Plains, New York

SO ORDERED:

_____
Stephen C. Robinson, U.S. District Judge