UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
CYNTHIA McGRATH, INDIVIDUALLY AND AS
ADMINISTRATRIX AD PROSEQUENDUM OF THE
ESTATE OF MEGAN WRIGHT,

                Plaintiff,              07 CIV. 11279 (SCR)

     - against -            **NOTICE OF MOTION TO**
                                  **WITHDRAW AS COUNSEL FOR**
DOMINICAN COLLEGE OF BLAUVELT,     **KENNETH A. THORNE, JR.**
NEW YORK, SISTER MARY EILEEN O'BRIEN,
INDIVIDUALLY AND AS PRESIDENT OF
DOMINICAN COLLEGE, JOHN LENNON,
INDIVIDUALLY AND AS DIRECTOR OF
SECURITY OF DOMINICAN COLLEGE, JOHN
PRESCOTT, INDIVIDUALLY AND AS DEAN OF
STUDENTS OF DOMINICAN COLLEGE, CARLYLE
HICKS, INDIVIDUALLY AND AS DIRECTOR OF
RESIDENT LIFE OF DOMINICAN COLLEGE,
RICHARD FEGINS, JR ., KENNETH A.
THORNE, JR., ISAIAH LYNCH, and TERRELL E.
HILL,

              Defendants .
------------------------------------X
     PLEASE TAKE NOTICE that upon the annexed affirmation of

Richard D. Willstatter and the affidavit of Kenneth A. Thorne,

Jr., the law firm Green & Willstatter will move this Court to be

relieved as counsel and for such relief as this Court may deem

just and proper.

Dated:     White Plains, New York
           June 2, 2008

                GREEN & WILLSTATTER

                By:
                RICHARD D. WILLSTATTER (RW 5063)
                200 Mamaroneck Avenue, Suite 605
                White Plains, NY 10601
                (914) 948-5656
                Attorneys for Defendant Kenneth Thorne, Jr.

*Richard Willstatter may withdraw as counsel for Kenneth A. Thorne*

**APPLICATION GRANTED**

**HON. STEPHEN C. ROBINSON**
6/4/08

USDC
ELECTRONICALLY FILED
DOC #
DATE FILED