UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| CYNTHIA McGRATH, INDIVIDUALLY, AND AS ADMINISTRATRIX AD PROSEQUENDUM OF THE ESTATE OF MEGAN K. WRIGHT, DECEASED, AND AS GENERAL ADMINISTRATRIX OF THE ESTATE OF MEGAN K. WRIGHT, DECEASED, | Civil Case No. 07 CIV 11279 (SCR) (GAY) |
| Plaintiff, | |
| - against – | (ECF Case) |
| DOMINICAN COLLEGE OF BLAUVELT, NEW YORK, SISTER MARY EILEEN O'BRIEN, INDIVIDUALLY AND AS PRESIDENT OF DOMINICAN COLLEGE, JOHN LENNON, INDIVIDUALLY AND AS DIRECTOR OF SECURITY OF DOMINICAN COLLEGE, JOHN PRESCOTT, INDIVIDUALLY AND AS DEAN OF STUDENTS OF DOMINICAN COLLEGE, CARLYLE HICKS, INDIVIDUALLY AND AS DIRECTOR OF RESIDENT LIFE OF DOMINICAN COLLEGE, RICHARD FEGINS, JR., KENNETH A. THORNE, JR., ISAIAH LYNCH, and TERRELL E. HILL, | **Affidavit of Cynthia McGrath Pursuant to EPTL § 13-3.5** |
| Defendants. | |

------------------------------------------------------------------X

State of New Jersey    )
                       )   ss.:
County of Bergen       )

CYNTHIA McGRATH, of Bergen County, New Jersey, being duly sworn, deposes and says:

1. I am the duly appointed Administratrix Ad Prosequendum and General Administratrix of the Estate of Megan K. Wright, deceased ("Decedent"), having been appointed as Administratrix Ad Prosequendum by order of the Surrogate's Court of the State of New Jersey for Bergen County on the 15th day of February 2007, and thereafter having been appointed as General Administratrix of such Estate by order of the Surrogate's Court of the State of New Jersey for Bergen County on the 25th day of January, 2008. (A copy of the respective Letters of Administration evidencing each such

appointment is annexed as Exhibit "A" hereto.)

2. The deponent duly qualified in each capacity, and ever since has been and now is acting in each such capacity.

3. Decedent died on the 16th day of December, 2006, domiciled in the State of New Jersey. (A copy of Decedent's Death Certificate is annexed as Exhibit "B" hereto.)

4. At her death Decedent was not indebted to any resident of the State of New York, nor is her Estate indebted to any resident of the State of New York.

5. More than six (6) months have elapsed since the death of Decedent, and no petition for ancillary administration of the Estate of Decedent has been filed in any court of the State of New York.

Sworn to before me this
14 day of June, 2008

_____
Notary Public

_____
Cynthia McGrath

_____
Kirkpatrick & Lockhart Preston Gates Ellis LLP
Andrew L. Morrison
*Attorneys for Plaintiff Cynthia McGrath,*
*Individually and as Administratrix*
*Ad Prosequendum of the Estate*
*of Megan K. Wright, Deceased, and as*
*General Administratrix of the Estate of*
*Megan K. Wright, Deceased*
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

- 2 -

# **EXHIBIT A**

| Docket No.: 2007-0580 | | Microfilm No.: |
|---|---|---|

# State of New Jersey
# Bergen County Surrogate's Court

In the matter of the Estate of:

**Megan Keely Wright, Deceased**

} **LETTERS ADMINISTRATION AD PROSEQUENDUM**

I, **Michael R. Dressler**, Surrogate of Bergen County and State of New Jersey, do hereby **certify** that on February 15, 2007, Administration Ad Prosequendum of decedent, who died intestate, late of the County of Bergen and State of New Jersey was granted by me to **Cynthia McGrath of said County of Bergen** who is duly authorized to bring an action, institute a proceeding or make a claim in his/her name as such Administrator/rix Ad Prosequendum as in the statute such case provided; but this grant of letters shall be limited, however, to the recovery of judgment or settlement of any such action, proceeding or claim, but no payment in settlement thereof, or satisfaction of any judgment obtained, in any such action or proceeding brought or instituted, or any part thereof, shall be made to the administrator/rix, but such payment shall be made in such settlement or satisfaction, only to a general administrator/rix, and according to the statute.



**DO NOT ACCEPT WITHOUT RAISED SEAL**



WITNESS my hand and seal of office this:
February 15, 2007

_____
Michael R. Dressler, Surrogate

AD PROS                                                                 Page 1 of 1

| Docket No.: 2007-0580 | Microfilm No.: M-232326 |
|---|---|

# State of New Jersey
# Bergen County Surrogate's Court

In the matter of the Estate of:

**Megan Keely Wright, Deceased**   }   **LETTERS OF ADMINISTRATION**

I, **Michael R. Dressler**, Surrogate of the County of Bergen, State of New Jersey, do hereby **certify** that on this January 25, 2008, Administration of the goods and chattels, rights and credits, which were of **Megan Keely Wright**, deceased, late of the County of Bergen and State of New Jersey, who died intestate, was granted by the to **Cynthia McGrath**, who is duly authorized to administer the same agreeably to law.

**DO NOT ACCEPT WITHOUT RAISED SEAL**



WITNESS my hand and seal of office on:

January 25, 2008

_____
Michael R. Dressler, Surrogate

ELA                                                               Page 1 of 1

**EXHIBIT B**

# STATE OF NEW JERSEY

# CERTIFICATE OF DEATH

A0004447909

**DECEASED NAME**
**MEGAN KEELY WRIGHT**

| DATE OF BIRTH | SEX | DATE OF DEATH |
|---|---|---|
| 07/11/1986 | FEMALE | 12/16/2006 |

| PLACE OF DEATH | COUNTY OF DEATH |
|---|---|
| VILLAGE OF RIDGEWOOD | BERGEN |

| RESIDENCE ADDRESS | SOCIAL SECURITY NUMBER |
|---|---|
| 804 DE SIMONE COURT | 248652950 |

| MUNICIPALITY OF RESIDENCE | COUNTY OF RESIDENCE |
|---|---|
| RAMSEY | BERGEN |

| MARITAL STATUS | SURVIVING PARTNER |
|---|---|
| NEVER MARRIED | NONE |

**MANNER OF DEATH:** PENDING

**FILE NUMBER**
06830

**CAUSE OF DEATH:**
PENDING TOXICOLOGY

DATE ISSUED: 06/19/2008

DATE FILED WITH REGISTRAR: 12/22/2006     AMENDED DATE: N/A

ISSUED BY:
*Village of Ridgewood*
*Health Department*
*Gail F. Battaglia - Registrar*

This is to certify that the above is correctly copied from a record on file in my office.

*Certified copy not valid unless the raised Great Seal of the State of New Jersey or the seal of the issuing municipality or county, is affixed hereon.*

*Joseph A. Komosinski*
Joseph A. Komosinski, State Registrar
Bureau of Vital Statistics



REG-42A
JULY 04

THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD. VOID IF ALTERED

Andrew L. Morrison (AM-1071)
Sarah P. Kenney (SK-5642)
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
212-536-3900
Attorneys for Plaintiff
Cynthia McGrath, individually and as
Administratrix Ad Prosequendum of the Estate
of Megan Wright, Deceased, and as General
Administratrix of the Estate of Megan K.
Wright Deceased

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
CYNTHIA McGRATH, INDIVIDUALLY AND AS           :
ADMINISTRATRIX AD PROSEQUENDUM OF THE              07 Civ. 11279 (SCR)(GAY)
ESTATE OF MEGAN K. WRIGHT, DECEASED, AND       :
AS GENERAL ADMINISTRATRIX OF THE ESTATE
OF MEGAN K. WRIGHT, DECEASED,                  :

                       Plaintiff,                    :

    - against -                                      :

DOMINICAN COLLEGE OF BLAUVELT,                 :   **CERTIFICATE OF**
NEW YORK, SISTER MARY EILEEN O'BRIEN,              **SERVICE**
INDIVIDUALLY AND AS PRESIDENT OF               :
DOMINICAN COLLEGE, JOHN LENNON,
INDIVIDUALLY AND AS DIRECTOR OF                :
SECURITY OF DOMINICAN COLLEGE, JOHN
PRESCOTT, INDIVIDUALLY AND AS DEAN OF          :
STUDENTS OF DOMINICAN COLLEGE, CARLYLE
HICKS, INDIVIDUALLY AND AS DIRECTOR OF         :
RESIDENT LIFE OF DOMINICAN COLLEGE,
RICHARD FEGINS, JR., KENNETH A. THORNE, JR.,   :
ISAIAH LYNCH, and TERRELL E. HILL,

                       Defendants.
                                              :
-------------------------------------------------------------------------X

    I, Sarah P. Kenney, hereby certify that on June 24, 2008, I caused the Affidavit of

Cynthia McGrath Pursuant To EPTL § 13-3.5, to be served by first class mail, postage prepaid,

NY-613736 v1

- 2 -

addressed as follows:

    Philip C. Semprevivo, Jr., Esq.
    Biedermann, Reif, Hoenig & Ruff
    570 Lexington Avenue
    New York, New York 10022

    Kenneth J. Murphy, Esq.
    Samimi & Murphy
    616 South Main Street
    New City, New York 10956

    Kenneth A. Thorne, Jr.
    34 Hasting Lane
    Willingboro, New Jersey 08046-1215

    Karen Campbell, Esq.
    Alan Kaminsky, Esq.
    Lewis Brisbois Bisgaard & Smith LLP
    199 Water Street
    Suite 2500
    New York, New York 10038

    Terrell Hill
    32 Halgren Cres.
    Haverstraw, New York 10927-1032

_____
Sarah P. Kenney

Civil Case No. 07-Civ. 11279 (SCR) (GAY)
ECF Case

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CYNTHIA McGRATH, INDIVIDUALLY AND AS ADMINISTRATRIX AD PROSEQUENDUM OF THE ESTATE OF MEGAN K. WRIGHT, DECEASED, AND AS GENERAL ADMINISTRATRIX OF THE ESTATE OF MEGAN K. WRIGHT, DECEASED,

Plaintiff,

- against -

DOMINICAN COLLEGE OF BLAUVELT, NEW YORK, SISTER MARY EILEEN O'BRIEN, INDIVIDUALLY AND AS PRESIDENT OF DOMINICAN COLLEGE, JOHN LENNON, INDIVIDUALLY AND AS DIRECTOR OF SECURITY OF DOMINICAN COLLEGE, JOHN PRESCOTT, INDIVIDUALLY AND AS DEAN OF STUDENTS OF DOMINICAN COLLEGE, CARLYLE HICKS, INDIVIDUALLY AND AS DIRECTOR OF RESIDENT LIFE OF DOMINICAN COLLEGE, RICHARD FEGINS, JR., KENNETH A. THORNE, JR., ISAIAH LYNCH, and TERRELL E. HILL,

Defendants.

---

## AFFIDAVIT OF CYNTHIA McGRATH
## PURSUANT TO EPTL § 13-3.5

---

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
599 Lexington Avenue
New York, NY 10022-6030
(212) 536.3900
Attorneys for Plaintiff
Cynthia McGrath, individually and as Administratrix
Ad Prosequendum of the Estate of Megan Wright