```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CYNTHIA McGRATH, INDIVIDUALLY AND AS
ADMINISTRATRIX AD PROSEQUENDUM OF THE
ESTATE OF MEGAN WRIGHT,

                    Plaintiff,              07 CIV. 11279 (SCR)


            - against -                     APPLICATION FOR
                                            PERMISSION TO APPLY FOR
DOMINICAN COLLEGE OF BLAUVELT,              PRO BONO COUNSEL
NEW YORK, SISTER MARY EILEEN O'BRIEN,
INDIVIDUALLY AND AS PRESIDENT OF
DOMINICAN COLLEGE, JOHN LENNON,
INDIVIDUALLY AND AS DIRECTOR OF
SECURITY OF DOMINICAN COLLEGE, JOHN
PRESCOTT, INDIVIDUALLY AND AS DEAN OF
STUDENTS OF DOMINICAN COLLEGE, CARLYLE
HICKS, INDIVIDUALLY AND AS DIRECTOR OF
RESIDENT LIFE OF DOMINICAN COLLEGE,
RICHARD FEGINS, JR ., KENNETH A.
THORNE, JR., ISAIAH LYNCH, and TERRELL E.
HILL,

                    Defendants .
------------------------------------X
```

[Stamp: JUN 16 2008 CHAMBERS OF STEPHEN C. ROBINSON U.S.D.J.]

PLEASE TAKE NOTICE that upon the annexed affidavits of Kenneth A. Thorne, Jr., he hereby requests to proceed *in forma pauperis*, ~~and for the appointment of *pro bono* counsel~~.

Dated:  Willingboro, New Jersey
        June 12, 2008

                        Kenneth Thorne, Jr.
                        34 Hasting Lane
                        Willingboro, NJ 08046

[Handwritten: After reviewing the complaint in this matter, this court cannot appoint counsel in this civil matter. Plaintiff Thorne will either retain counsel or represent himself. His application to proceed in forma pauperis is granted.]

**APPLICATION GRANTED**
[signature]
HON. STEPHEN C. ROBINSON
7/1/08